

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2020

No. 04-19-00879-CV

**CITY OF LEON VALLEY**,
Appellant

v.

Benny **MARTINEZ**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding

## O R D E R

On August 19, 2020, this court issued its opinion and judgment. On August 31, 2020, Appellee filed an unopposed motion for extension of time to file a motion for rehearing and a motion for en banc reconsideration until October 3, 2020. *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

Appellee's motion for extension of time is GRANTED. Appellee's motions are due to be filed with this court by October 3, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court